AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAAS, FRANK S. | Southern District of New York | 06/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 740
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | ▓▓▓▓▓▓▓▓▓ Inc. |
| 2. | Member | Executive Committee, New York State Bar Association, Commercial and Federal Litigation Section |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2015 | |
| 3. | 2015 | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University | 11/18-20 | Tysons Corner, Virginia Washington, D.C. | Conference speaker | Food, Transportation and Lodging |
| 2. | E-Discovery Institute | 10/14-15 | New Orleans, Louisiana | Conference speaker | Food, Transportation and Lodging |
| 3. | Conference on Preservation Excellence | 9/16-18 | Portland, Oregon | Conference speaker | Food, Transportation and Lodging |
| 4. | Deloitte Symposium on Electronic Discovery for Government Agnecies | 5/21 | Washington, DC | Conference speaker | Food, Transportation and Lodging |
| 5. | New York State Bar Association Commercial & Federal Litigastion Section | 5/15-17 | Bolton Landing, New York | Conference speaker | Food and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories Common | A | Dividend | K | T | | | | | |
| 2. Abbvie Common | A | Dividend | K | T | | | | | |
| 3. American Electrical Power Common | A | Dividend | J | T | | | | | |
| 4. Amgen Common | A | Dividend | K | T | | | | | |
| 5. AT&T Common | B | Dividend | K | T | | | | | |
| 6. Bank of New York Common | B | Dividend | L | T | | | | | |
| 7. BP Amoco PLC ADRs | B | Dividend | J | T | | | | | |
| 8. ChevronTexaco Common | A | Dividend | K | T | | | | | |
| 9. Comcast Corp. Class A Common | A | Dividend | K | T | | | | | |
| 10. Conoco Class B Common | B | Dividend | K | T | | | | | |
| 11. Dominion Resources Common | B | Dividend | L | T | | | | | |
| 12. DuPont Common | A | Dividend | K | T | | | | | |
| 13. Exelon Common | A | Dividend | J | T | | | | | |
| 14. Exxon Mobil Common | B | Dividend | L | T | | | | | |
| 15. Frontier Communications | A | Dividend | J | T | | | | | |
| 16. General Electric Common | A | Dividend | J | T | | | | | |
| 17. General Mills Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hospira Common | | None | | | Merged (with line 24) | 9/3/15 | J | | |
| 19. Idearc Common | | None | J | T | | | | | |
| 20. International Business Machines Common | A | Dividend | L | T | | | | | |
| 21. JP Morgan/Chase Common | A | Dividend | J | T | | | | | |
| 22. Montsanto Common | A | Dividend | K | T | | | | | |
| 23. OGE Energy Corp Common | A | Dividend | K | T | | | | | |
| 24. Pfizer Common | C | Dividend | M | T | | | | | |
| 25. Phillips 66 Common | A | Dividend | K | T | | | | | |
| 26. Plains All American Pipelines LP Unit Ltd P'Ship Interest | | None | K | T | | | | | |
| 27. PP&L Resources Common | A | Dividend | K | T | | | | | |
| 28. Talen Energy Corp Common | A | Dividend | J | T | Spinoff (from line 27) | 6/1/15 | J | | |
| 29. Tripointe Common | A | Dividend | J | T | Spinoff (from line 33) | 7/9/14 | J | | |
| 30. Verizon Communications Common | B | Dividend | K | T | | | | | |
| 31. Vodaphone PLC New Group | A | Dividend | J | T | | | | | |
| 32. Wells Fargo | A | Dividend | J | T | | | | | |
| 33. Weyerhaeuser Common | C | Dividend | J | T | | | | | |
| 34. Zoetis Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity NY Muni Money Market Fund | B | Dividend | L | T | | | | | |
| 36. Fidelity Tax-FreeMoney Market Fund | A | Dividend | K | T | | | | | |
| 37. Alliance Municipal Income Fund--NY Portfolio, Class A | A | Dividend | K | T | | | | | |
| 38. Alliance Bond Fund US Gov't Portfolio Class A | A | Dividend | J | T | | | | | |
| 39. Franklin Insured NY Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 40. Franklin NY Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 41. Putnam Amer. Gov't Income Fund Class A | B | Dividend | K | T | | | | | |
| 42. NY Insured Municipals Income Trust | A | Dividend | J | T | | | | | |
| 43. Express Scripts Holding Co Common | A | Dividend | J | T | | | | | |
| 44. Frontier Communications Common | A | Dividend | J | T | | | | | |
| 45. GE Common | A | Dividend | J | T | | | | | |
| 46. Merck Common | A | Dividend | J | T | | | | | |
| 47. Pfizer Common | C | Dividend | M | T | | | | | |
| 48. Sensient Common | B | Dividend | M | T | | | | | |
| 49. Cisco Common | | None | K | T | | | | | |
| 50. Citigroup Common | | None | J | T | | | | | |
| 51. JP Morgan/Chase Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Travelers Common | A | Dividend | J | T | | | | | |
| 53. Western Asset NY Municipal Fund Class A | B | Dividend | L | T | | | | | |
| 54. FMOXX | A | Dividend | K | T | | | | | |
| 55. FFNOX | A | Dividend | L | T | | | | | |
| 56. FSMKX | A | Dividend | K | T | | | | | |
| 57. CMCSA | A | Dividend | K | T | | | | | |
| 58. FE | A | Dividend | J | T | | | | | |
| 59. ALU | A | Dividend | J | T | | | | | |
| 60. T | B | Dividend | K | T | | | | | |
| 61. VOD | A | Dividend | J | T | | | | | |
| 62. VZ | A | Dividend | K | T | | | | | |
| 63. Zoetis | A | Dividend | J | T | | | | | |
| 64. New York City Deferred Compensation Plan (457) | A | Int./Div. | L | T | | | | | |
| 65. Fidelity Value (IRA) | A | Dividend | K | T | | | | | |
| 66. Oppenheimer Money Market Fund (IRA) | B | Dividend | L | T | | | | | |
| 67. Oppenheimer Capital Appreciation Fund (IRA)(F) | A | Dividend | K | T | | | | | |
| 68. Citibank Money Market Account (IRA) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citibank Checking | | None | K | T | | | | | |
| 70. Citibank Savings | A | Interest | L | T | | | | | |
| 71. FMAGX | B | Dividend | L | T | | | | | |
| 72. FIGRX | A | Dividend | K | T | | | | | |
| 73. FSLCX | A | Dividend | J | T | | | | | |
| 74. FDCAX | B | Dividend | M | T | | | | | |
| 75. FCNTX | A | Dividend | L | T | | | | | |
| 76. FMCSX | A | Dividend | K | T | | | | | |
| 77. FEQIX | A | Dividend | K | T | | | | | |
| 78. FSICX | B | Dividend | M | T | | | | | |
| 79. FDGFX | B | Dividend | K | T | | | | | |
| 80. FDVLX | B | Dividend | K | T | | | | | |
| 81. WEMMX | A | Dividend | K | T | | | | | |
| 82. FDRXX | A | Interest | J | T | | | | | |
| 83. TIAA-CREF Retirement Account | A | Dividend | L | T | | | | | |
| 84. FNYXX (J) | A | Dividend | J | T | | | | | |
| 85. TD Bank Checking (F) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP Morgan Chase Checking (J) | A | Interest | J | T | | | | | |
| 87. JP Morgan Chase Checking (F) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 29: The spinoff of Tripointe from Weyerhaeuser occurred in 2014 and should have been reported on my last financial disclosure statement.

Line 56: FSMKX merged with FUSEX on January 22, 2010, and should have been reported as FUSEX on prior reports. The transaction had no financial consequences. I will report it as FUSEX on future reports.

Line 87: The JP Morgan Chase checking account (F) has been closed. I do not know the date the final check was written.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK S. MAAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544